UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARLES DICKINSON : | |
|     Plaintiff : | |
| : | Civil No. 3:18-cv-00334-WWE |
| v. : | |
| : | |
| WILLIAM W. BACKUS HOSPITAL : | |
|     Defendant : | MARCH 19, 2018 |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Charles Dickinson and Defendant William W. Backus Hospital through their undersigned counsel who are authorized by their respective clients to execute this stipulation, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to any party.

PLAINTIFF,
CHARLES DICKINSON

By: */s/ James F. Sullivan*
James F. Sullivan (ct12745)
jfs@hksflaw.com
Howard, Kohn, Sprague & FitzGerald
237 Buckingham Street
Hartford CT 06126
P: 860-525-3101
F: 860-427-4201

DEFENDANT,
WILLIAM W. BACKUS HOSPITAL

By: */s/ Sally Welch St. Onge*
David R. Jimenez (ct27357)
jimenezd@jacksonlewis.com
Sally Welch St. Onge (ct27683)
stonges@jacksonlewis.com
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT 06103
P: (860) 522-0404
F: (860) 247-1330